# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

**DERRICK KOUPULOS**                                                                             **PLAINTIFF**

v.                          Case No. 4:15-cv-00615 KGB

**VICTOR COLEMAN, Individually,**
**and in his official capacity; STAN WIT,**
**individually and in his Official Capacity**                          **DEFENDANTS**

## ORDER OF DISMISSAL

      Pursuant to Rule 41 of the Federal Rules of Civil Procedure the above-captioned case is hereby dismissed without prejudice at the request of the Plaintiff, Derrick Koupulos.

      IT IS SO ORDERED this 29th day of August, 2016

                                                          *Kristine G. Baker*
                                                          Kristine G. Baker
                                                          United States District Judge

Order Prepared by:

/s/Gary J. Barrett_____
Gary J. Barrett
12410 Cantrell Rd, Ste 100
Little Rock, AR 72223
501-372-2877